UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO


JORGE PIMENTEL,                           )        CASE NO.   4:26CV1132
                                          )
            Petitioner,                   )        JUDGE JOHN R. ADAMS
                                          )
      v.                                  )
                                          )
                                          )        MEMORANDUM OF OPINION
                                          )        AND JUDGMENT ENTRY
WARDEN, F.C.I. ELKTON, et al.,            )
                                          )
            Respondent.                   )


Petitioner Jorge Pimentel has filed this petition pursuant to 28 U.S.C. § 2241.   Pimentel claims that the Bureau of Prisons has improperly determined that he is ineligible for First Step Act credits due to the nature of his conviction.   Upon review, the petition is DENIED.

Pimentel claims that he was convicted of a conspiracy offense and therefore he should be eligible for First Step Act credits.   However, a review of Pimentel's judgment refutes this fact. Pimentel pled guilty to two counts in Case No. 1:23CR85 in the District of Rhode Island.   While count one was a conspiracy to distribute fentanyl conviction, count two was a conviction for possession with intent to distribute fentanyl in violation of 21 U.S.C. § 841.

18 U.S.C. § 3632(D) reads as follows:

A prisoner is ineligible to receive time credits under this paragraph if the prisoner is serving a sentence for a conviction under any of the following provisions of law:

…

(lviii) Section 401(a) of the Controlled Substances Act (21 U.S.C. 841), relating to manufacturing or distributing a controlled substance in the case of a conviction for an offense described in subparagraph (A), (B), or (C) of subsection (b)(1) of that

1

section for which death or serious bodily injury resulted from the use of such substance.

18 U.S.C.A. § 3632 (West).   Accordingly, the Bureau of Prisons properly determined that Pimental is ineligible to receive credits under the First Step Act.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Jorge Pimentel's Petition for a Writ of Habeas Corpus is hereby DENIED, and this matter is hereby DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.   28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).   This matter is hereby CLOSED.

IT IS SO ORDERED.

Date: August 4, 2026                                    _/s/ John R. Adams_____
                                                                    JOHN R. ADAMS
                                                                    UNITED STATES DISTRICT JUDGE